National Builders Bank of Chicago, appellee, v. Otto Frerk et al., appellants. Gen. No. 39,252.

Opinion filed April 5, 1937.
Michael B. Roderick, for certain appellants. Arthur J. Hughes, for appellee; Frank H. Klaas, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

The First National Bank of Chicago, appellant, v. Elizabeth Martin et al., defendants. George S. Martin, appellee. Gen. No. 39,264.

Opinion filed April 5, 1937.
Oscar E. Carlstrom, for appellant; William I. Conway and Frederick W. Turner, Jr., of counsel. No appearance for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Guiseppe Tito, executor of the last will and testament of the estate of Maria Nicola Tito, deceased, appellant, v. Societa Agricola Operaia S. Cristoforo E. Maria Vergine Incoronata di Ricigliano, appellee. Gen. No. 39,298.

Opinion filed April 5, 1937.
Emil Schlan, for appellant. John S. Flannery, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.